IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| John Derrick | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.    3:10-CV-03295-CMC |
| | ) | |
| Johnson Controls, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RULE 26(a)(2)**
**EXPERT WITNESS DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(2), Local Rule 16.02(C)(2) and the Court's Conference and Scheduling Order [Doc. No. 45 at ¶ 6], Defendant Johnson Controls, Inc. identifies the following employee engineer as a witness it may use at trial to present evidence under Federal Rules of Evidence 702, 703 or 705.

**Joseph E. Liedhegner Ph.D.**
**5757 N. Green Bay Avenue**
**Milwaukee, Wisconsin 53209**
**(414)524-3675**

The undersigned certifies that he has provided Plaintiff's counsel with a written report as required by Fed. R. Civ. P. 26(a)(2)(C).

Respectfully Submitted,

By     s/George C. Johnson
George Johnson
Bar ID # 6538
Attorney for Defendant
Johnson Controls Inc.

George Johnson
Johnson, Toal & Battiste, P.A.
1615 Barnwell Street
Columbia, South Carolina  29201
PHONE:      803/252-9700
FAX:            803/252-9102

- 2 -

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that he has served a true and correct copy of the above and foregoing document has been served as shown below on February 6, 2012 via First Class U.S. Mail to:

        Mary P. Miles
        440 Knox Abbott Drive, Suite 360
        Cayce South Carolina 29033
        Attorney for Plaintiff

                                          s/George Johnson

US_ACTIVE-108518941.1-319418-00852