UNITED STATES DISTRICT COURT
IN THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| John Derrick, ) | |
| ) | Civil Action No.: 3:10-cv-3295-CMC |
| ) | |
| Plaintiff, ) | RULE TO SHOW CAUSE |
| ) | |
| v. ) | (Response due June 27, 2012) |
| ) | |
| Johnson Controls, Inc. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

By order entered June 8, 2012, this court issued the following direction to Plaintiff's counsel: "**The court further directs Plaintiff's counsel to provide a copy of this order to Plaintiff and file confirmation that she has done so within seven calendar days of entry of this order.**" This directive was printed in bold on the first and last pages of the opinion and order granting Defendant's motion for summary judgment. A similar directive appeared in the notice of electronic filing.

The deadline for complying with the above directive was June 15, 2012. Plaintiff's counsel failed to meet that deadline, or to file anything even as of the date of this order.

**WHEREFORE, Plaintiff's counsel, Mary P. Miles, Esquire, is directed to SHOW CAUSE no later than June 27, 2012, why she should not be held in contempt for failure to comply with the court's prior directives.**

IT IS SO ORDERED.

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
June 19, 2012